**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000553
18-MAR-2021
08:17 AM
Dkt. 55 OGMD**

NO. CAAP-20-0000553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JIMMY FILOMENO ENOCENCIO, Defendant-Counterclaim
Defendant/Appellant, v.
KAMEHAMEHA SCHOOLS BISHOP ESTATE, AKA: KSBE;
PRESIDENT, OFFICERS, BOARD OF DIRECTORS, TRUSTEES, AND
DOES 1-10 INCLUSIVE; KAMEHAMEHA SCHOOLS-LAND ASSET
DIVISION-HAWAIʻI ISLAND, AKA: KS-LAD-HI NAMELY,
MARISSA HARMON, LEANNE OKAMOTO, ALAPAKI NAHALEʻA,
JAIME WONG, DALE FERGUSTROM, TANYA ANDRADE, KAʻEʻO DUARTE,
NEIL HANNAHS, Defendants-Counterclaimants/Appellees,
and DOES 1-10 INCLUSIVE, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC181000090)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Motion to Dismiss Plaintiff-Appellant's Appeal (**Motion**), filed February 24, 2021, by Defendants-Counterclaimants/Appellees The Trustees of The Estate of Bernice Pauahi Bishop, the papers in support and in opposition, it appears we lack appellate jurisdiction over self-represented Defendant-Counterclaim Defendant/Appellant Jimmy Filomeno Enocencio's (**Enocencio**) appeal from the Circuit Court of the Third Circuit's July 21, 2020 First Amended Final Judgment (**Amended Judgment**), in Civil No. 3CC181000090, because the appeal is untimely.

Enocencio did not file the notice of appeal within thirty days after entry of the Amended Judgment, as required by Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1), and it

appears he did not obtain an extension of time.  "As a general rule, compliance with the requirement of the timely filing of a notice of appeal is jurisdictional, . . . and we must dismiss an appeal on our motion if we lack jurisdiction."  <u>Grattafiori v. State</u>, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995) (cleaned up); <u>see</u> HRAP Rule 26(b) ("[N]o court or judge or justice is authorized to change the jurisdictional requirements contained in Rule 4 of these rules.").  Because Enocencio did not timely file the notice of appeal, the court lacks appellate jurisdiction.

Accordingly, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, March 18, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge